IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRESENIUS KABI USA, LLC and FRESENIUS KABI DEUTSCHLAND GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>NATCO PHARMA USA LLC, f/k/a DASH PHARMACEUTICALS LLC,<br><br>Defendant. | ) | **Redacted - Public Version**<br><br>C.A. No. 24-472-GBW<br><br>[redacted] |

**STIPULATION TO EXTEND TIME**

WHEREAS, [redacted];

WHEREAS, in order to allow the parties time to [redacted], the parties jointly request that the Court stay of all deadlines for approximately sixty (60) days, within which time the parties expect to file a stipulation of dismissal;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that (1) all deadlines in this matter are stayed until November 30, 2026; and (2) if a stipulation of dismissal is not filed prior to December 2, 2026, the parties shall submit a joint status report with the Court on or before that date.

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*

*/s/ Kelly E. Farnan*
Kelly E. Farnan (No. 4395)
Sara M. Metzler (No. 6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com
*Attorneys for Defendant*

Dated: September 29, 2026

SO ORDERED this _____ day of September, 2026

______________________________________
UNITED STATES DISTRICT JUDGE